Juan RESTREPO–DUQUE, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 63, 2015

Supreme Court of Delaware.

Submitted: December 2, 2015

Decided: December 17, 2015

Reargument/Rehearing En Banc Denied January 5, 2016

AFFIRMED.

Harry W. ANDERSON, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 479, 2015

Supreme Court of Delaware.

Submitted: October 23, 2015
Decided: December 18, 2015

AFFIRMED.

Jaron R. BENNEFIELD, Petitioner Below, Appellant,

v.

STATE of Delaware, Respondent Below, Appellee.

No. 481, 2015

Supreme Court of Delaware.

Submitted: October 21, 2015
Decided: December 18, 2015

AFFIRMED.